UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1-17, <br><br> Defendants. | Civil Action No. 16-cv-1881 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE |

Plaintiff answers Federal Rules of Civil Procedure 7.1 and LCR 7.1 questions as follows:

**(1)   Does the Plaintiff have a parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes: A&T IP, Inc.

**(2)   Any member or owner in a joint venture or limited liability corporation (LLC)?**

No.

**(3)   Any partners in a partnership or limited liability partnership (LLP)**

No

**(4)   Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 8th day of December, 2016.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES[PLLC]
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300

Attorneys for Plaintiff

CORPORATE DISCLOSURE
Civil Action No. 16-cv-1881
INIP-6-0063P01 CDS

LOWE GRAHAM JONES [PLLC]
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301