# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

SUKHVEER SINGH, *et al.*,

    Defendants.

Case No. C16-1881RSL

ORDER DISMISSING CLAIMS AGAINST ALAN POOLE

This matter comes before the Court *sua sponte*. On February 22, 2017, the Court granted an extension of time in which to affect service in this matter. Plaintiff was given "an additional month, until April 8, 2017, to file proofs of waiver as to all defendants or a second motion for extension of time detailing the efforts made toward effecting personal service." Dkt. # 20 at 2. As of the date of this order, no proof of service or motion for extension of time has been filed with regards to defendant Alan Poole. The claims asserted against that defendant are hereby DISMISSED.

Dated this 18th day of April, 2017.

*MRT S Lasnik*

Robert S. Lasnik
United States District Judge