UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUKHVEER SINGH, *et al.*, <br><br> Defendants. | Case No. C16-1881RSL <br><br> ORDER DENYING ROBERT MCMURRAY'S MOTION TO DISMISS |

This matter comes before the Court on defendant Robert McMurray's motion to dismiss under Fed. R. Civ. P. 12(b)(6). Dkt. # 22. The motion was based on an erroneously-filed exhibit to the amended complaint. That error has now been corrected. There being no other justification for dismissal, defendant's motion is DENIED.

DATED this 21st day of April, 2017.

*[signature: MM S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER DENYING ROBERT MCMURRAY'S
MOTION TO DISMISS