UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

vs.

WOYNAREG BEYENE, an individual;
ROBERT McMURRAY, an individual;
SARA SHOBERT, an individual; and
KIMBERLY SUE CORRIGAN, an individual,

    Defendants.

NO. C16-1881RSL

ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the above-captioned matter be referred to United States Magistrate Judge Mary Alice Theiler for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) on the consent of the parties per the Joint Status Report.

All future documents filed in this case shall bear the cause number C16-1881MAT.

DATED this 13th day of June, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik

ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE

United States District Judge

ORDER OF REFERENCE ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE