Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WOYNAREG BEYENE, an individual;<br>ROBERT McMURRAY, an individual;<br>SARA SHOBERT, an individual; and<br>KIMBERLY SUE CORRIGAN, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1881MAT<br><br>STIPULATION OF DISMISSAL OF<br>ROBERT MCMURRAY (DOE 10) |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Mechanic Resurrection*, Copyright Registration No. PA 1-998-057, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; and (b) to destroy all unauthorized copies or parts thereof of *Mechanic Resurrection* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization, the parties hereby dismiss their claims against each other with each side bearing its own fees and costs.

STIPULATION OF DISMISSAL
Civil Action No. 16-cv-1881MAT
INIP-6-0063P22 SDMISS - Doe 10

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | |
|---|---|---|
| 1 | s/ David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com | _signature_  31 Oct 2017<br>Robert McMurray |
| 2 | LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800 | 911 123rd Ave NE<br>Lake Stevens, WA 98258 |
| 3 | Seattle, WA 98104<br>T: 206.381.3300 | |
| 4 | F: 206.381.3301 | |
| 5 | *Attorneys for Plaintiff* | |

1 s/ David A. Lowe, WSBA No. 24,453
  Lowe@LoweGrahamJones.com
2 LOWE GRAHAM JONES^PLLC
  701 Fifth Avenue, Suite 4800
3 Seattle, WA 98104
  T: 206.381.3300
4 F: 206.381.3301

5 *Attorneys for Plaintiff*

Robert McMurray
911 123rd Ave NE
Lake Stevens, WA 98258

31 Oct 2017

STIPULATION OF DISMISSAL - 2
Civil Action No. 16-cv-1881MAT
INIP-6-0063P22 SDMISS - Doe 10